IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:20-CV-413-WKW |
| ) | [WO] |
| DONALD VALENZA, Sheriff; ) | |
| JAMES BRAZIER, Commander; ) | |
| JASON SMOAK, P.A.; CO ) | |
| DOWNS; MRS. FARRELL; and ) | |
| KELITA MOORE, Assistant ) | |
| Commander, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 27, 2023, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 50.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is dismissed without prejudice.

Final judgment will be entered separately.

DONE this 17th day of February, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE